# SUPREME COURT

OF

# OREGON.

OCTOBER TERM, 1892.

[Decided at October term, 1882.]

\*STATE *v.* MIKE WEEKS ET AL.

VERDICT—UNCERTAINTY—AMENDMENT.—A verdict in a case where two defendants are jointly prosecuted that reads, "We the jury find the defendant guilty as charged," is void for uncertainty; and such a verdict cannot be amended to show that it was intended to convict both defendants.

Jackson County. Defendants appeal. Reversed.

WALDO, J.—On the trial of two defendants for larceny, a verdict which reads,. "We, the jury empanneled to try the above case, find the defendant guilty as charged in the indictment," is void for uncertainty. Such a verdict cannot be amended on the affidavits of the jurors showing that they intended to convict both defendants: *Richards* v. *Sperry*, 7 Wis. 219. Judgment reversed and new trial ordered: *Corn* v. *Call*, 21 Pick. 514; *Stuart's Case*, 28 Gratt. 967; *Hogan* v. *State*, 30 Wis. 428.

\*Not heretofore officially reported.